UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFREY SMITH
Plaintiff

v.                                                    NO. 04-10847WGY

CRANBERRY PLAZA MOBIL, INC.
Defendant


PLAINTIFF'S MOTION TO AMEND COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a).

Now comes the Plaintiff, Jeffrey Smith and moves this Honorable Court pursuant to Fed.

R. Civ. P. 15(a) to allow him to amend his complaint. In support of the motion, the

Plaintiff states that his counsel named the improper defendant. Counsel has confirmed

through the town the correct name and address for the defendant. No responsive pleading

has been filed in this matter. The Plaintiff's Amended Complaint is attached is exhibit

"A".

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court allow his

Motion To Amend.


                                        Respectfully submitted,

                                        Jeffrey Smith
                                        By His Attorney,

                                        Edward N. Garno
                                        13 Hurd Street
                                        Lowell, MA 01852
                                        978-687-7805
                                        BBO#564378

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing on the defendant by mail on May 22, 2004.

_Edward N. Garno_     5/22/04

Edward N. Garno     date