UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFREY SMITH

V                                                    NO. 04-10847 WGY

CRANBERRY PLAZA MOBIL

PLAINTIFF'S NOTICE OF DISMISSAL

Now comes the plaintiff pursuant to Fed. R. Civ. P. 41(a)(1) and moves to dismiss his complaint with prejudice and without costs.

Respectfully submitted,

Jeffrey Smith
By his attorney,

Edward N. Garno
13 Hurd Street
Lowell, MA 01852
#564378